Michael K. WASHINGTON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 559, 2015

Supreme Court of Delaware.

Submitted: December 1, 2015

Decided: January 5, 2016

AFFIRMED.